IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

MARILYN STUBE and
THOMAS STUBE                                                                                          PLAINTIFFS

v.                                    NO. 6:19-CV-06087-SOH

PFIZER INC.                                                                                              DEFENDANT

## MOTION TO DISMISS

Defendant Pfizer Inc. ("Pfizer") now moves to dismiss all causes of action asserted in Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b). In support of its request for dismissal with prejudice, Pfizer relies on the arguments and authorities in the accompanying brief.

This 9th day of September, 2019.

        Lyn P. Pruitt   (Ark. Bar No. 84121)
        Scott D. Provencher (Ark. Bar No. 96148)
        Graham C. Talley (Ark. Bar No. 2015159)
        MITCHELL, WILLIAMS, SELIG,
        GATES & WOODYARD, P.L.L.C.
        425 W. Capitol Ave., Suite 1800
        Little Rock, AR  72201
        Phone: 501-688-8800
        Fax: 501-688-8807
        lpruitt@mwlaw.com
        sprovencher@mwlaw.com
        gtalley@mwlaw.com

        *Attorneys for Defendant Pfizer Inc.*